In re Petition for DISCIPLINARY ACTION AGAINST Travis D. STOTTLER, a Minnesota Attorney, Registration No. 305728.

No. A11–1640.

Supreme Court of Minnesota.

Oct. 14, 2011.

### ORDER

The Director of the Office of Lawyers
Professional Responsibility has filed a petition alleging that respondent Travis D.
Stottler committed professional misconduct warranting public discipline, namely,
failing to diligently pursue a client matter,
failing to communicate with the client and
her successor counsel, failing to cooperate
with the Director's investigation, and continuing to practice after being placed on
involuntary CLE-restricted status. The
Director has also filed an application for
suspension under Rule 12(c), Rules on
Lawyers Professional Responsibility,
based on evidence that respondent cannot
be found in Minnesota to respond to the
petition for disciplinary action.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Travis D. Stottler be, and the same is, suspended from the practice of law. Within one year from the date of this order, respondent may move this court for vacation of the order of suspension and for leave to answer the petition for disciplinary action. If respondent fails to appear in this matter within one year of the date of filing of this order, the allegations of the petition for disciplinary action shall be deemed admitted.

BY THE COURT:

/s/Alan C. Page
Associate Justice